Dale J. Lambert, #1871
    Dale.Lambert@chrisjen.com
Sarah Elizabeth Spencer, #11141
    Sarah.Spencer@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Suite 800
Salt Lake City, Utah  84101
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
*Attorneys for Plaintiffs Christopher Maggiore*
*and Robert McLain*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER MAGGIORE, an individual, and ROBERT MCLAIN, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRADLEY C. ROBINSON, an individual, and CEPTAZYME, LLC, a Utah limited liability corporation,<br><br>    Defendants. | **F.R.C.P. 41**<br>**NOTICE OF DISMISSAL**<br><br><br>Case No. 1:13-cv-00076-PMW<br><br>Magistrate Judge Paul M. Warner |

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiffs Christopher Maggiore and Robert McLain

hereby dismiss this case.  Defendants have not filed any answer or motion.

DATED this 14th day of June, 2013.

CHRISTENSEN & JENSEN, P.C.

/s/ Sarah E. Spencer
Dale J. Lambert
Sarah Elizabeth Spencer
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **NOTICE OF DISMISSAL** was mailed to the following

this 14th day of June, 2013:

Bradley C. Robinson
Individually and as Representative for
Ceptazyme, LLC
620 South Main Street
Bountiful, Utah  84010


/s/  Sarah E. Spencer